Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

| | |
|---|---|
| GREGORY W. KUGLE | 6502-0 |
| gwk@hawaiilawyer.com | |
| E. KUMAU PINEDA-AKIONA | 9790-0 |
| ekp@hawaiilawyer.com | |

1003 Bishop Street, Suite 1600
Honolulu, HI 96813
www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile: (808) 533-2242

Attorneys for Defendants
VDF FUTURECEUTICALS, INC.,
R. J. VAN DRUNEN & SONS, INC.,
AND VAN DRUNEN FARMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN T. HAYS, III,<br><br>           Plaintiff,<br><br>     vs.<br><br>VDF FUTURECEUTICALS, INC.,<br>R.J. VAN DRUNEN & SONS, INC.,<br>AND VAN DRUNEN FARMS,<br>CORP,<br><br>           Defendants | CIVIL NO. 15-00535 LEK-RLP<br><br>**DEFENDANT VDF FUTURECEUTICALS, INC.'S RULE 7.1 DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE** |

318870

# DEFENDANT VDF FUTURECEUTICALS, INC.'S
# RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant VDF FUTURECEUTICALS, INC., by and through its attorneys, hereby discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED:  Honolulu, Hawaii, May 20, 2016.

> DAMON KEY LEONG KUPCHAK HASTERT
>
>
> */s/ E. Kumau Pineda-Akiona*
> GREGORY W. KUGLE
> E. KUMAU PINEDA-AKIONA
>
> Attorneys for Defendants
>   VDF FUTURECEUTICALS, INC.,
>   R. J. VAN DRUNEN & SONS, INC.,
>   AND VAN DRUNEN FARMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN T. HAYS, III,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VDF FUTURECEUTICALS, INC.,<br>R.J. VAN DRUNEN & SONS, INC.,<br>AND VAN DRUNEN FARMS,<br>CORP,<br><br>　　　　　Defendants | CIVIL NO. 15-00535 LEK-RLP<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

　　　　I HEREBY CERTIFY that on this date a true and correct copy of the foregoing document was duly served on the following party by U.S. mail to his last known address as follows:

　　　　JOHN T. HAYS, III
　　　　P. O. Box 1855
　　　　Honolulu, Hawaii 96805

　　　　Plaintiff Pro Se

318870

DATED:  Honolulu, Hawaii, May 20, 2016.

DAMON KEY LEONG KUPCHAK HASTERT

*/s/ E. Kumau Pineda-Akiona*
GREGORY W. KUGLE
E. KUMAU PINEDA-AKIONA

Attorneys for Defendants
  VDF FUTURECEUTICALS, INC.,
  R. J. VAN DRUNEN & SONS, INC.,
  AND VAN DRUNEN FARMS